

**PRISONER CASE**

*(GT3)*

**08CV2917**
**JUDGE KENNELLY**
**MAG. JUDGE KEYS**

UNITED STATES DISTRICT
NORTHERN DISTRICT OF IL

## Civil Cover Sheet

**Plaintiff(s):** United States of America, ex rel. CLARENCE CHARLES TROTTER

**Defendant(s):** TERRY L. McCANN, et al.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Clarence Charles Trotter
A-63323
Stateville - STV
P.O. Box 112
Joliet, IL  60434

**Defendant's Attorney:**
Chief of Criminal Appeals
Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL  60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**FILED**
May 20, 2008
MAY 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus General

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes ☑ No

**Signature:** M. Burke          **Date:** 5/20/08