CS

**FILED**

JUN 1 2 2008 *aaw*

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

Clarence Trotter
___Plaintiff___

v.

Terry L. McCann, et al.
___Defendant(s)___

CASE NUMBER (08C 2917)

JUDGE Matthew F. Kennelly

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _____, declare that I am the ☐plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1.  Are you currently incarcerated?          ☒Yes          ☐No    (If "No," go to Question 2)
    I.D. # A63323          Name of prison or jail: Stateville
    Do you receive any payment from the institution? ☒Yes ☐No    Monthly amount: Approx $0.00

2.  Are you currently employed?          ☐Yes          ☒No
    Monthly salary or wages: N/A
    Name and address of employer: N/A
    N/A

    a.  If the answer is "No":
        Date of last employment: Approx 1996
        Monthly salary or wages: $45.00 per month
        Name and address of last employer: Menard Correctional Center

    b.  Are you married?          ☐Yes          ☒No
        Spouse's monthly salary or wages: N/A
        Name and address of employer: N/A
        N/A

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                                                          ☐Yes      ☒No
        Amount    N/A    Received by    N/A

b.　　□ Business, □ profession or □ other self-employment　　□Yes　　☒No
Amount_____N|A_____ Received by_____N)A_____

c.　　□ Rent payments, □ interest or □ dividends　　□Yes　　☒No
Amount_____N/A_____ Received by_____N/A_____

d.　　□ Pensions, □ social security, □ annuities, □ life insurance, □ disability, □ workers'
compensation, □ unemployment, □ welfare, □ alimony or maintenance or □ child support
　　　　　　　　　　　　　　　　　　　　　　　　　　　□Yes　　☒No
Amount_____N/A_____ Received by_____N|A_____

e.　　□ Gifts or □ inheritances　　□Yes　　☒No
Amount_____N§A_____ Received by_____N/A_____

f.　　□Any other sources (state source:_____N|A_____)　　□Yes　　□No
Amount_____N|A_____ Received by_____N|A_____

4.　Do you or anyone else living at the same residence have more than $200 in cash or checking or
savings accounts?　　□Yes　　☒No　　Total amount:_____N/A_____
In whose name held:_____N|A_____ Relationship to you:_____N/A_____

5.　Do you or anyone else living at the same residence own any stocks, bonds, securities or other
financial instruments?　　　　　　　　　　□Yes　　☒No
Property:_____N/A_____ Current Value:_____N/A_____
In whose name held:_____N|A_____ Relationship to you:_____N/A_____

6.　Do you or anyone else living at the same residence own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?　　□Yes　　☒No
Address of property:_____N/A_____
Type of property:_____N/A_____ Current value:_____N/A_____N/A
In whose name held:_____N/A_____ Relationship to you:_____N/A_____
Amount of monthly mortgage or loan payments:_____N/A_____
Name of person making payments:_____N/A_____

7.　Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
　　　　　　　　　　　　　　　　　　　　　　　　　　　□Yes　　☒No
Property:_____N/A_____
Current value:_____N/A_____
In whose name held:_____N/A_____ Relationship to you:_____N/A_____

8.　List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____N/A_____
_____N/A_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: June 2, 2008

_Clarence Trotter_
Signature of Applicant

_Clarence Trotter_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, Clarence Trotter, I.D.# A 63323 , has the sum of

$ − 2.17 on account to his/her credit at (name of institution) Stateville CC .

I further certify that the applicant has the following securities to his/her credit: — . I further

certify that during the past six months the applicant's average monthly deposit was $ 38.55 .

(Add all deposits from all sources and then divide by number of months).

6-4-08
DATE

T. C.
SIGNATURE OF AUTHORIZED OFFICER

T. Cirricione
(Print name)

rev 10/10/2007

Date:    6/4/2008
Time:    10:25am

d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 12/04/2007 thru End;    Inmate: A63323;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: A63323 Trotter, Clarence**                     **Housing Unit: STA-C -06-45**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 27.16 |
| 12/04/07 | Point of Sale | 60 Commissary | 3387142 | 515716 | Commissary | -5.69 | 21.47 |
| 12/10/07 | Disbursements | 90 Medical Co-Pay | 344390 | Chk #137569 | C1206015, DOC: 523 Fund Inmate, Inv. Date: 12/06/2007 | -2.00 | 19.47 |
| 12/10/07 | Point of Sale | 60 Commissary | 3447137 | 516718 | Commissary | -19.47 | .00 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 8.84 | 8.84 |
| 12/14/07 | Disbursements | 84 Library | 348390 | Chk #137608 | C1212097, DOC: 523 Fund Librar, Inv. Date: 12/12/2007 | -.70 | 8.14 |
| 12/14/07 | Disbursements | 84 Library | 348390 | Chk #137608 | C1212101, DOC: 523 Fund Librar, Inv. Date: 12/12/2007 | -.40 | 7.74 |
| 12/18/07 | Point of Sale | 60 Commissary | 352783 | 518246 | Commissary | -6.54 | 1.20 |
| 12/28/07 | Disbursements | 84 Library | 362390 | Chk #137928 | j1225744, DOC: 523 Fund Librar, Inv. Date: 12/25/2007 | -.05 | 1.15 |
| 01/03/08 | Point of Sale | 60 Commissary | 003783 | 519747 | Commissary | -1.02 | .13 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0042164 | 2448460 | Brown, Caterria | 25.00 | 25.13 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 8.16 | 33.29 |
| 01/11/08 | Point of Sale | 60 Commissary | 0117137 | 520851 | Commissary | -30.51 | 2.78 |
| 01/21/08 | Point of Sale | 60 Commissary | 0217137 | 522251 | Commissary | -2.29 | .49 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 10.00 | 10.49 |
| 02/08/08 | Mail Room | 01 MO/Checks (Not Held) | 039237 | 10652 | Concordia IBF  Grievances | 17.90 | 28.39 |
| 02/11/08 | Point of Sale | 60 Commissary | 0427137 | 525120 | Commissary | -23.99 | 4.40 |
| 02/18/08 | Point of Sale | 60 Commissary | 0497142 | 526411 | Commissary | -4.36 | .04 |
| 02/21/08 | Mail Room | 01 MO/Checks (Not Held) | 0522175 | A911137 | Aguayo, David | 40.00 | 40.04 |
| 03/03/08 | Point of Sale | 60 Commissary | 0637142 | 527555 | Commissary | -36.54 | 3.50 |
| 03/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0642175 | 93426761070 | Owens, John | 50.00 | 53.50 |
| 03/10/08 | Point of Sale | 60 Commissary | 0707142 | 528662 | Commissary | -52.84 | .66 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.52 | 10.18 |
| 03/14/08 | Disbursements | 84 Library | 074390 | Chk #139293 | j0311718, DOC: 523 Fund Librar, Inv. Date: 03/11/2008 | -1.15 | 9.03 |
| 03/17/08 | Point of Sale | 60 Commissary | 0777142 | 529828 | Commissary | -7.56 | 1.47 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 8.16 | 9.63 |
| 04/15/08 | Point of Sale | 60 Commissary | 106720 | 532711 | Commissary | -9.61 | .02 |
| 04/29/08 | Mail Room | 01 MO/Checks (Not Held) | 1202175 | 11165080803 | Becemil, Maria | 50.00 | 50.02 |
| 05/06/08 | Disbursements | 80 Postage | 127337 | Chk #140305 | g0502050, DOC: 523 Fund Inmate, Inv. Date: 05/02/2008 | -.41 | 49.61 |
| 05/08/08 | Point of Sale | 60 Commissary | 1297135 | 535843 | Commissary | -41.65 | 7.96 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 3.74 | 11.70 |
| 05/16/08 | Point of Sale | 60 Commissary | 1377137 | 537670 | Commissary | -11.62 | .08 |

| | |
|---|---|
| Total Inmate Funds: | .08 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 2.25 |
| Funds Available: | -2.17 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date:   6/4/2008
Time:   10:25am

d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**

Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 12/04/2007 thru End;      Inmate: A63323;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print
Balance Errors Only ? : No

**Inmate: A63323 Trotter, Clarence**                    **Housing Unit: STA-C -06-45**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/22/2008 | w522 033 | Disb | Library | 2 DOC: 523 Fund Library | $1.55 |
| 05/27/2008 | w 0527 048 | Disb | Library | 2 DOC: 523 Fund Library | $0.70 |
| | | | | **Total Restrictions:** | **$2.25** |