

U.S. ex rel. Clarence Charles Trotter  
vs. Terry McCann, et al.#08C 2917  

08C2917

June 5, 2008

Mr. Clarence Trotter  
Box 112 #A63323  
Joliet, Il 60434

FILED  
JUN 1 2 2008  
JUN 12, 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

Greeting Clerk Person:

    As per Order of This Honorable Court of May 29, 2008 enclose please find two copies of the Habeas Corpus Petition and exhibits and indigent form. However, there may be a problem with the exhibits being identical to thoses filed with the original petition. Therefore, I Pray that you may be able to assist me by either returning the original petition and exhibits and I shall forward another copy of the herein enclose copy or original so that all copies will be identical. , or you could review the original exhibits and the ones herein enclosed and make the determination that they are all idenical and notify me of same. If not return the exibits not idenical and I will make the necessary copies and return same complete. Whatever the case may be I was not attempting to have your office do my duty. We was on lock-down and I did not want any time limitation problems. So I forward the documents like that and requested your office to make the essential copies for me. I was very lucky to have extra copies of the exhibits to make the copies herein. That is why I'm not sure if I provided them all as the original exhibits attached to the original habeas petition.

    I believe exhibit 'Motion For Extension of Tine To File Postconviction' is incomplete herein. Because there appears to me missing the motion and affidavit for appointment of counsel and motion under Supreme Court Rule 471 missing herein. But I don't have copies to attach. So I'm not sure how to proceed since your office never forwarded the originals back.

    So if you just forward the originals I'll make the essential copies at once and return that copy with any additional copies to be attached to these two copies. Or you can just return the original and I'll just forward you the copy of the one I'm sending herein so your office will have the three (3) copies as required by the court.

    Whatever form you decide please let me know.

                                               Sincerely,

                                               Mr. Clarence Trotter