**SENDER:**

- ☐ Complete items 1 and/or 2 for additional services.
- ☐ Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:

Chief of Criminal Appeals
Illinois Attorney General's Office,
100 West Randolph - 12th Floor
Chicago, IL 60601

7a. Article Number

7004 2510 0001 9802 7392

4b. Service Type
☐ Registered          ☐ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

RECEIVED

7. Date of Delivery

JUN 1 6 2008

5. Received By: (Print Name)

6. Signature (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

Office Of The Attorney General
Office Services

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form **3811**, December 1994          102595-99-B-0223          Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Print your name, address, and ZIP Code in this box ●

08cv2917
United States District Court
219 S. Dearborn St
Chicago, IL 60604

RECEIVED

JUN 2 4 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

# FILED

JUN 2 4 2008 TC

JUN 24 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT