IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. CLARENCE CHARLES TROTTER, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 2917 |
| TERRY L. MCCANN, Warden, Stateville Correctional Center, | ) ) ) | The Honorable Matthew F. Kennelly, |
| Respondent. | ) ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Clarence Charles Trotter, A-63323
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434

On Thursday, July 17, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Motion to Dismiss Petitioner's Untimely Petition for Writ of Habeas Corpus.**

July 8, 2008                                                        Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   /s/ Charles Redfern
CHARLES REDFERN, Bar # 6283811
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601-3218
PHONE: (312) 814-3565
FAX: (312) 814-2253
EMAIL: credfern@atg.state.il.us