# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2917 | **DATE** | 7/9/2008 |
| **CASE TITLE** | US ex rel. Clarence Charles Trotter vs. Terry McCann | | |

**DOCKET ENTRY TEXT**

Petitioner is directed to file a written response to respondent's motion to dismiss, by no later than 8/22/08. In his response, petitioner should address, among other things, any arguments he has regarding why he believes his habeas corpus petition was filed in a timely fashion and why the statute of limitations should be "tolled." Respondent is directed to reply to petitioner's response by no later than 9/5/08. The Court will rule by mail. Because the Court has already set a briefing schedule, the motion hearing date of 7/17/08 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|