## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2917 | **DATE** | 7/17/2008 |
| **CASE TITLE** | USA ex rel Trotter vs. Terry L. McCann | | |

**DOCKET ENTRY TEXT**

Respondent's motion to dismiss will not be called for hearing on 7/17/08 because the court has already set a briefing schedule on the motion.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|