FILED
Aug 21 2008
AUG 2 1 2008
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CLARENCE CHARLES TROTTER, <br><br> Petitioner, <br><br> v. <br><br> TERRY L. MCCANN, Warden, Stateville Correctional Center, <br><br> Respondent. | No.08 C 2917   08cv 2917 <br><br> The Honorable <br> Matthew F. Kennelly, <br> Judge Presiding. |

### MOTION FOR EXTENSION OF TIME TO ANSWER RESPONDENT'S MOTION TO DISMISS

Now comes Petitioner Clarence Charles Trotter, pro se and respectfully ask this Honorable Court to grant him an 30 days extesion of time in the above entitled cause. IN SUPPORT THEREOF:

1.   Petitioner is confined at Stateville Center which is on lock-down status and has been continuous lock-down with very brief one or two days of comming off of such lock-down status only to go right back on lock-down status since this Honorable Court issued the scheduling order for petitioner to respond to Respondent's motion to dismiss by no later than August 22, 2008.

2.   Because of such lock-down petitioner has not had the necessary time and access to the institution law library where essential documentations related to respondent's motion to dismiss are housed and essential review of case law pertaining to the issue raised by respondent's motion to dismiss.

3.   Petitioner has not sough any other motion for extension of time and does not seek same as a delay tactics.

WHerefore, petitioner Prays this Honorable Court shall grant him 30 days from August 22, 2008 until September 22, 2008.

Respectfully Submitted,

STATE OF ILLINOIS )
WILL    COUNTY   ) SS

### AFFIDAVIT CLARENCE CHARLES TROTTER

Affiant Clarence Charles Trotter, duly deposes and says under penalty as provided by law that the facts and statements herein are true and correct in substance and facts to the best of affiant's personal knowledge and belief therein. Affiant hereto below subscribes so being.

Affiant is the petitioner in this cause for habeas corpus relief and has moved the court for a 30 day extension of time thereon. Affiant prepared the motion for extension of time and knows the content therein to be true to the best of affiant's personal knowledge and belief therein.

Respectfully Submitted,

*[signature]*
CLARENCE CHARLES TROTTER PRO SE
P.O. BOX 112 #A63323
JOLIET, ILLINOIS 60434

I Declare under penalty of perjury that the foregoing is true and correct.

Date: 8/18/ 2008

*[signature] Clarence Trotter A63323*
*P.O. Box 112*
*Joliet, Ill 60434*