FILED
AUG 21 2008 cw
AUG 2 1 2008
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CLARENCE CHARLES TROTTER, <br><br> Petitioner, <br><br> v. <br><br> TERRY L. MCCANN, Warden, Stateville Correctional Center, <br><br> Respondent. | No. 08 C 2917   08cv2917 <br><br> The Honorable <br> Matthew F. Kennelly, <br> Judge Presiding. |

### NOTICE OF MOTION

TO:
Charles Redfern Bar #6283811
Assistant Attorney General
100 W. Randolph Street, 12 Floor
Chicago, Illinois 60601-3218

On August //, 2008, I have forward a copy of the attached motion for an extension of time to the above named party at the address so stated by placing a true copy of same in the U.S. Mail here at Stateville Correctional Center to be mailed.

Respectfully Submitted,

CLARENCE CHARLES TROTTER A63323

*Clarence Trotter*
P.O. BOX 112
Joliet, Illinois 60434