

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 3 2008
SEP 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CLARENCE CHARLES TROTTER, <br><br> Petitioner. <br><br> v. <br><br> TERRY L. MCCANN, Warden, Stateville Correctional Center, <br><br> Respondent. | No. 08 C 2917 <br><br> The Honorable Matthew F. Kennelly, Judge Presidng. |

### SUPPLEMENTAL HABEAS CORPUS ISSUE

**WHETHER PETITIONER WAS DENIED DUE PROCESS AND A FAIR TRIAL WHERE THE PROSECUTION WITHHELD CRIMINAL CONVICTIONS' AND PENDING CRIMINAL CASES' FROM PETITIONER WHICH WOULD HAVE IMPEACHED WITNESS'S TESTIMONY HE HAD NO PENDING CASES AND CRIMINAL CONVICTIONS OTHER THAN THOSE TESTIFIED TO BY THE WITNESS CHARLES D. COKER AT PETITIONER'S CRIMINAL TRIAL**

1.   Petitioner did not present this issue to the state trial court and raise it during the state appelalte process because the factual basic of this issue has been artfully concealed and withheld from petitioner by the prosecution office.

2.   Petitioner recently discovered these herein exhibits (Supplemental exhibits 1, 2 and 3) while attempting to locate a 1993 murder case state Witness Charles D. Coker told petitioner he had. That Defense Counsel Mary Danahy also had informed petitioner State Witness Charles D. Coker had in 1993. But that during the 1994 trial of petitioner wherein Witness Charles D. Coker testified that he did not have any other cases pending and no other convictions other than those testified to.

3.   Petitioner was denied due process and a fair trial where defense counsel presented a motion for discovery and the prosecutor presneted a answer thereto and during petitioner second trial the prosecutor gave defense counsel a copy of Witness Charles D. Coker's rap sheet which failed to include all pending cases and convictions thereon and then allowed State Witness Charles D. Coker to lie on the stand by testifying that he did not have any pending cases and criminal

conviction other than those testified to during petitioner's trial.

4.    However, Witness Charles D. Coker had several criminal convictions and pending cases' which the prosecutor's office failed to reveal and correct Mr. Coker's false testimony concerning during petitioner's trial. Such conduct deprived petitioner of a trial that can be viewed as reliable.

   Wherefore, petitioner should be excused from the procedural default of this claim and the habeas court should reach the merit thereof granting the petitioner a new trial.

Respectfully Submitted,

*signature*
CLARENCE CHARLES TROTTER
P.O. Box 112 #A63323
Joliet, Illinois 60434

STATE OF ILLINOIS)
WILL     COUNTY)$^{SS}$

### AFFIDAVIT CLARENCE CHARLES TROTTER

Affiant Clarence Charles Trotter, being duly depose and says that the facts and statements herein are true and correct in substance and belief to the best of affiant's personal knowledge and belief therein and affiant hereto below so subscribe under penalty as provided by law.

1. Affiant is the petitioner seeking habeas corpus relief from state court conviction under #I86CR10969 now on process of the federal district court.

2. Affiant recently discovered three (3) criminal convictions of State Witness Charles D. Coker had under two (2) different aliases names which were not disclosed to affiant during his 1994 criminal trial wherein State Witness Charles D. Coker testified that he did not have such cases pending nor did he have such criminal convictions.

3. Affiant discovered said convictions while attempting to locate a pending murder case State Witness Charles D. Coker had pending when he testified at the affiant's 1994 trial. However, affiant has yet to locate said criminal case.

4. On July 3, 1989 Charles D. Coker was indicted on Case #89CR1329401. Where he used the alias name Clides Coker and due to an plea agreement was sentenced to four (4) years probation. Which was violated and he was later sentenced to six (6) years IDOC on November 26, 1991. (See Supplemental Exhibit #1)

5. On May 2, 1989 Charles D. Coker was indicted on Case #89CR0851601 wherein he used the alias Cladis Coker and recieved four (4) years IDOC. (See Supplemental Exhibit #2)

6. Charles D. Coker plead guilty on October 30, 1989 on both cases #89CR1329401 and #89CR0851601. Wherein due to his plea agreement the four (4) years probation sentence was ran consecutive to the four (4) years IDOC sentence of imprisonment. (See Supplemental Exhibits #1 and 2)

7. Charles D. Coker later violated said probation under #89CR1329401 and on November 26, 1991 was sentenced to Six (6) years IDOC to run concurrent with a unidentified sentence. (See Supplemental Exhibit #1)

8. Affiant could have impeached Mr. Coker's false testimony that he did not have any pending cases and criminal convictions other than those revealed if affiant had known of such criminal cases or convictions.

9.  Wherefore, affiant believes he was deprived of a fair trial and due process of law where the prosecutor withheld State Witness Charles D. Coker's pending criminal cases and or and convictions from affiant then allowed said state Witness Charles D. Coker to knowingly commit perjury which the prosecutor failed to correct according Illinois Law.

Affiant sayee not:

Date: August 28, 2008

Respectfully Submitted,

*Clarence Trotter*

CLARENCE CHARLES TROTTER
P.O. Box 112  #A63323
Joliet, Illinois 60434

    Under penalties as provided by law pursuant to 750 ILCS 5/1-109 of the Code of civil procedure, the undersigned certifies that the statements set forth in this affidavit are true and correct, except as to matters the undersigned certifies as aforesaid that affiant verily believe the same to be true.

DATE: August 28, 2008

*Clarence Trotter*

2.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 89CR1329401

    CLIDES        COKER

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

   56.5-1401-B(2)                        F       MAN/DEL >10-30G COC
The following disposition(s) was/were rendered before the Honorable Judge(s):


07/03/89 IND/INFO-CLK OFFICE-PRES JUDGE            07/12/89 1701
      FITZGERALD, THOMAS R.
07/12/89 DEFENDANT ARRAIGNED
      BASTONE, ROBERT P.
07/12/89 PLEA OF NOT GUILTY
      BASTONE, ROBERT P.
07/12/89 CASE ASSIGNED                             07/12/89 1724
      BASTONE, ROBERT P.
07/12/89 CONTINUANCE BY AGREEMENT                  08/07/89
      KARNEZIS, THEMIS N.
08/07/89 CONTINUANCE BY AGREEMENT                  08/23/89
      KARNEZIS, THEMIS N.
08/23/89 CONTINUANCE BY AGREEMENT                  09/12/89
      KARNEZIS, THEMIS N.
09/12/89 CONTINUANCE BY AGREEMENT                  09/21/89
      KARNEZIS, THEMIS N.
09/21/89 CONTINUANCE BY AGREEMENT                  10/30/89
      HIMEL, RONALD A.
10/30/89 PG JW FINDING GUILTY              C001
      KARNEZIS, THEMIS N.
10/30/89 DEF SENTENCED TO PROBATION        C001
         4 YRS
      KARNEZIS, THEMIS N.
10/30/89 SENTENCE TO RUN CONSECUTIVE
         CONSECUTIVE TO 89CR8516
      KARNEZIS, THEMIS N.
08/14/91 DEFENDANT IN CUSTODY
      KARNEZIS, THEMIS N.
08/14/91 CHANGE PRIORITY STATUS                    M
      KARNEZIS, THEMIS N.

```
          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

     PEOPLE OF THE STATE OF ILLINOIS

                        VS                NUMBER 89CR1329401

        CLIDES        COKER

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
08/14/91 CONTINUANCE BY AGREEMENT              09/09/91
     KARNEZIS, THEMIS N.
09/09/91 CONTINUANCE BY AGREEMENT              10/03/91
     KARNEZIS, THEMIS N.
10/03/91 DEFENDANT IN CUSTODY
     KARNEZIS, THEMIS N.
10/03/91 CONTINUANCE BY AGREEMENT              11/25/91
     KARNEZIS, THEMIS N.
11/01/91 CASE ADVANCED                         11/01/91 1724
     KARNEZIS, THEMIS N.
11/01/91 DEFENDANT IN CUSTODY
     KARNEZIS, THEMIS N.
11/01/91 CONTINUANCE BY AGREEMENT              11/05/91
     KARNEZIS, THEMIS N.
11/05/91 DEFENDANT IN CUSTODY
     KARNEZIS, THEMIS N.
11/05/91 CONTINUANCE BY AGREEMENT              11/15/91
     KARNEZIS, THEMIS N.
11/15/91 DEFENDANT IN CUSTODY
     KARNEZIS, THEMIS N.
11/15/91 CONTINUANCE BY AGREEMENT              11/26/91
     KARNEZIS, THEMIS N.
11/25/91 DEFENDANT IN CUSTODY
     KARNEZIS, THEMIS N.
11/25/91 CONTINUANCE BY AGREEMENT              11/26/91
     KARNEZIS, THEMIS N.
11/26/91 DEFENDANT IN CUSTODY
     KARNEZIS, THEMIS N.
11/26/91 PG, FG TO VOP
     KARNEZIS, THEMIS N.
11/26/91 VIOL PROB - IDOC                      C001
            6 YRS
     KARNEZIS, THEMIS N.
11/26/91 SENTENCE TO RUN CONCURRENT
        WITH
     KARNEZIS, THEMIS N.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS                Page 003

PEOPLE OF THE STATE OF ILLINOIS

                 VS                    NUMBER 89CR1329401

CLIDES          COKER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

 

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 06/09/08

---

                    DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS                Page 001

PEOPLE OF THE STATE OF ILLINOIS

              VS           NUMBER 89CR0851601

CLADIS       COKER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

  I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

  56.5-1401-B(2)                           F     MAN/DEL >10-30G COC
The following disposition(s) was/were rendered before the Honorable Judge(s):


05/02/89 IND/INFO-CLK OFFICE-PRES JUDGE              05/08/89 1701
     FITZGERALD, THOMAS R.
05/08/89 NO BAIL
     HIMEL, RONALD A.
05/08/89 S.O.L. WARRANT                      W001
     HIMEL, RONALD A.
06/01/89 TRANSFER INSTANTER                          06/01/89 1701
     THEIS, MARY JANE WENDT
06/02/89 CONTINUANCE BY ORDER OF COURT               06/05/89
     MCBRIDE, MARGARET STANTON
06/05/89 WARR RETURNED, EXECUTED,FILED        W001
     HIMEL, RONALD A.
06/05/89 REINSTATE FROM WARRANT               C001  06/05/89 1701
     HIMEL, RONALD A.
06/05/89 DEFENDANT NOT ARRAIGNED
     HIMEL, RONALD A.
06/05/89 CASE ASSIGNED                               06/05/89 1722
     HIMEL, RONALD A.
06/05/89 PUBLIC DEFENDER APPOINTED
     THOMAS, MARY MAXWELL
06/05/89 DEFENDANT ARRAIGNED
     THOMAS, MARY MAXWELL
06/05/89 PLEA OF NOT GUILTY
     THOMAS, MARY MAXWELL
06/05/89 CONTINUANCE BY AGREEMENT                    06/09/89
     THOMAS, MARY MAXWELL
06/09/89 BAIL AMOUNT SET                                          $    40000
     THOMAS, MARY MAXWELL
06/09/89 CONTINUANCE BY AGREEMENT                    07/14/89
     THOMAS, MARY MAXWELL

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 89CR0851601

   CLADIS      COKER

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
07/14/89 CONTINUANCE BY AGREEMENT               08/23/89
     THOMAS, MARY MAXWELL
08/23/89 CONTINUANCE BY AGREEMENT               09/12/89
     THOMAS, MARY MAXWELL
09/12/89 TRANS CHF JUDGE FOR REASGNMT           09/12/89 1701
     THOMAS, MARY MAXWELL
09/12/89 TRANSFER INSTANTER                     09/12/89 1724
     THOMAS, MARY MAXWELL
09/12/89 CONTINUANCE BY AGREEMENT               09/21/89
     KARNEZIS, THEMIS N.
09/21/89 WITNESSES ORDERED TO APPEAR            09/21/89 1724
     HIMEL, RONALD A.
09/21/89 CONTINUANCE BY AGREEMENT               10/30/89
     HIMEL, RONALD A.
10/30/89 PG JW FINDING GUILTY             C001
     KARNEZIS, THEMIS N.
10/30/89 DEF SENTENCED ILLINOIS DOC       C001
         4 YRS
     KARNEZIS, THEMIS N.
08/13/91 SPECIAL ORDER
     JUDGE KARNESIS 081491
     GROSSI GILBERT J.

                              I hereby certify that the foregoing has
                              been entered of record on the above
                              captioned case.
                              Date 06/17/08
                              _____
                              DOROTHY BROWN
                              CLERK OF THE CIRCUIT COURT OF COOK COUNTY

```
              IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 001

       PEOPLE OF THE STATE OF ILLINOIS

                        VS                   NUMBER 94CR0546601

       CLIDES         COKER

                 CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

  56.5-1407-B\1                          F        PCS W/INT SCHL GRND
  56.5-1401 C(2)                         F        PCS W/INT >|<15 COCAIN
The following disposition(s) was/were rendered before the Honorable Judge(s):


03/22/94 IND/INFO-CLK OFFICE-PRES JUDGE           04/04/94 1701
     ID# CR100200939
03/22/94 BAIL AMOUNT PREVIOUSLY SET                                   $    35000
04/04/94 CASE ASSIGNED                            04/11/94 1736
     BASTONE, ROBERT P.
04/11/94 DEFENDANT IN CUSTODY
     SACKS STANLEY J.
04/11/94 PRISONER DATA SHEET TO ISSUE
     SACKS STANLEY J.
04/11/94 MOTION FOR BAIL REDUCTION                         S      2
     SACKS STANLEY J.
04/11/94 BAIL REDUCED                                                 $    27500
     SACKS STANLEY J.
04/11/94 O/C ONLY REL DEF ON C/D BOND                                 $    27500
     SACKS STANLEY J.
04/11/94 CONTINUANCE BY AGREEMENT                 05/06/94
     SACKS STANLEY J.
05/06/94 DEFENDANT IN CUSTODY
     SACKS STANLEY J.
05/06/94 PRISONER DATA SHEET TO ISSUE
     SACKS STANLEY J.
05/06/94 CONTINUANCE BY AGREEMENT                 06/06/94
     SACKS STANLEY J.
05/09/94 DEFENDANT ON BOND
     D6396189 $27,500
05/09/94 CONTINUANCE BY ORDER OF COURT            06/06/94 1736
06/06/94 DEFENDANT ON BOND
     SACKS STANLEY J.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

PEOPLE OF THE STATE OF ILLINOIS

                VS                    NUMBER 94CR0546601

CLIDES        COKER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

  I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

```
The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/06/94 CONTINUANCE BY AGREEMENT              07/07/94
     SACKS STANLEY J.
07/07/94 DEFENDANT ON BOND
     SACKS STANLEY J.
07/07/94 MOTION TO WITHDRAW AS ATTORNEY                S       2
     SACKS STANLEY J.
07/07/94 CONTINUANCE BY AGREEMENT              08/11/94
     SACKS STANLEY J.
08/11/94 DEFENDANT ON BOND
     SACKS STANLEY J.
08/11/94 CONTINUANCE BY AGREEMENT              08/18/94
     SACKS STANLEY J.
08/18/94 APPEARANCE FILED
     SACKS STANLEY J.
08/18/94 CONTINUANCE BY AGREEMENT              09/26/94
     SACKS STANLEY J.
09/26/94 MOTION TO WITHDRAW AS ATTORNEY                S       2
     PUBLIC DEFENDER
     ERICKSON, DAVID A
09/26/94 MOTION DEFT - CONTINUANCE - MD        10/11/94
     ERICKSON, DAVID A
10/11/94 CONTINUANCE BY AGREEMENT              11/17/94
     SACKS STANLEY J.
11/17/94 DEFENDANT ON BOND                          *
     SACKS STANLEY J.
11/17/94 CONTINUANCE BY AGREEMENT              12/09/94
     SACKS STANLEY J.
12/09/94 DEFENDANT ON BOND
     SACKS STANLEY J.
12/09/94 WITNESSES ORDERED TO APPEAR           12/09/94
     SACKS STANLEY J.
12/09/94 CONTINUANCE BY AGREEMENT              01/19/95
     SACKS STANLEY J.
12/21/94 SPECIAL ORDER
     12-27-94 01 999
     FOX, LAWRENCE P.
12/27/94 CASE ADVANCED                         01/19/95 1736
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS           Page 003

PEOPLE OF THE STATE OF ILLINOIS

                        VS                NUMBER 94CR0546601

    CLIDES      COKER

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
12/27/94 DEFENDANT IN CUSTODY
12/27/94 PRISONER DATA SHEET TO ISSUE
12/27/94 CONTINUANCE BY AGREEMENT                        01/19/95
01/19/95 DEFENDANT IN CUSTODY
     SACKS STANLEY J.
01/19/95 PRISONER DATA SHEET TO ISSUE
     SACKS STANLEY J.
01/19/95 APPEARANCE FILED
     SACKS STANLEY J.
01/19/95 PG JW FINDING GUILTY                  C002
     SACKS STANLEY J.
01/19/95 NOLLE PROSEQUI                        C001
     SACKS STANLEY J.
01/19/95 CHANGE PRIORITY STATUS                M
     SACKS STANLEY J.
01/19/95 DEF SENTENCED ILLINOIS DOC            C002
     AS A CLASS X OFFENDER (730 1HCS 5/5-5-3 (8)
              3 YRS
     SACKS STANLEY J.
02/03/95 NOTICE OF MOTION/FILING               02/07/95 1736
     FOR BOND
02/07/95 CASH BOND REFUND                      BALL
     RIVIAN COKER
     SACKS STANLEY J.
02/07/95 PRISONER DATA SHEET TO ISSUE
     SACKS STANLEY J.
02/07/95 CASH BOND REFUND                      BALL
     RIVIAN COKER
     SACKS STANLEY J.
02/24/95 CASH BOND REFUND                      B001
     D6396189   CBR TO RIVIAN COKER PER. ORDER
02/24/95 CBR PROCSED FRWD ACCT DEP

                           I hereby certify that the foregoing has
                           been entered of record on the above
                           captioned case.
                           Date 06/17/08
                           _____
                                    DOROTHY BROWN
                           CLERK OF THE CIRCUIT COURT OF COOK COUNTY



IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>CLARENCE CHARLES TROTTER, | ) ) ) | |
| Petitioner. | ) ) | |
| v. | ) ) ) | No. 08 C 2917 |
| TERRY L. MCCANN, Warden,<br>Stateville Correctional Center. | ) ) ) | The Honorable<br>Matthew F. Kennelly,<br>Judge Presiding. |

**NOTICE AND PROOF OF SERVICE**

TO:
Charles Redfern
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601-3218

    The undersigned certifies that the foregoing instrument was served upon all parties to the above entitled cause by depositing a copy in the U.S. Mail postage prepaid in envelopes addressed to the above person named at the above address on August 28, 2008 by depositing same in the U.S. Mail at Stateville Center, P.O. Box 112, Joliet, Illinois 60434.

CLARENCE CHARLES TROTTER PRO SE
P.O. Box 112 #A63323
Joliet, Illinois 60434