# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2917 | **DATE** | 9/5/2008 |
| **CASE TITLE** | Clarence Charles Trotter vs. Terry L. McCann | | |

**DOCKET ENTRY TEXT**

Petitioner's motion for extension of time is granted [dkt. no. 15]. Response to motion to dismiss is to be filed by 9/22/08. Reply is to be filed by 10/6/08. Respondent is also directed to respond to petitioner's motion to place petition in abeyance by no later than 9/26/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|